CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT

I, _Cutberto Romero_, am an individual formerly employed by _J.P.G. LLC d/b/a Philip Marie, et al_ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _Cutberto Romero_

Name: _Cutberto Romero_

Dated as of _1-29-15_