UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- )
CUTBERTO ROMERO                                ) Case No. 15-cv-2880
        Plaintiff                                    )
    vs.                                          ) **AFFIDAVIT OF**
                                                 ) **SERVICE**
J.P.G LLC d/b/a PHILIP MARIE et al.            )
        Defendants                                   )
-------------------------------------------------------------- )

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

_Danielle Privat_, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age.

On _April 28th_, 2015 at _2:20_ am/pm at _569 Hudson Street NY, NY 10014_ deponent served the within Summons and Complaint: on _John P. Greco III_, Defendant therein named.

1. [✓] **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

2. [ ] **Corporation**: By delivering a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

3. [ ] **Suitable Age and Discretion**: By delivering a true copy of each to _____, a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

4. [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

    On the _____ day of _____ at _____
    On the _____ day of _____ at _____
    On the _____ day of _____ at _____

5. [✓] **Mail Copy**: On 4/29/15, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelop marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6. [✓] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

[✓] Sex: Male
[✓] Color of Skin: light brown
[✓] Color of Hair: grey
[✓] Age: 45
[✓] Height: 5'6
[✓] Weight: 180
[ ] Other Features: _____

7. [✓] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform or badges.

8. [ ] **Other**: _____.

BY: Danielle Privat

SWORN TO ME ON
29th DAY OF April, 2015

NOTARY PUBLIC:
MY COMMISSION EXPIRES ON:

ANNE SEELIG-SUHRCKE
Notary Public, State of New York
No. 02SE6113610
Qualified in New York County
Commission Expires 08-02-2016