McMahon, C.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

CUTBERTO ROMERO,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

                                        Plaintiff,

                    - against -

J.P.G. LLC d/b/a PHILIP MARIE,
WESTWARD GALLERY & CAFÉ, INC.
                    d/b/a BAMBOO 52,
PEACEFUL ENTERPRISES CORP.
                    d/b/a 123 BURGER SHOT BEER,
MORNINGSIDE TERRACE CORP
                    d/b/a K RICO,
and JOHN P. GRECO, III,

                                        Defendants.

--------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY  FILED |
| DOC #:_____ |
| DATE FILED:____5/12/15____ |

Case No. 15 CV 02880

McMahon, J.

# MEMO ENDORSED

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above

captioned action, acting by means of their respective counsel, that the time for Defendants to answer,

move or otherwise respond with respect to the Complaint in the above matter is hereby extended through

and including June 16, 2015.  There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants agree to (i) consent to

the jurisdiction of the Court, and (ii) accept service of the Complaint and any amended Complaint

authorized by the Court, and waive all defenses relating to invalid service of process.

5/12/2015

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC<br>*ATTORNEYS FOR PLAINTIFFS*<br>30 East 39th Street, 2nd Floor<br>New York, New York  10016<br>(212) 465-1188<br><br>By: _____<br>     C.K. LEE, ESQ.<br><br>Dated: _____*May 11, 2015*_____ | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York  11747<br>(631) 247-0404<br><br>By: _____<br>     NOEL P. TRIPP, ESQ.<br><br>Dated: _____5/12/15_____ |

SO ORDERED on this ___ day of May, 2015

_____
United States District Judge

4840-9075-6643, v. 1

2