UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue, 29th Fl.
New York, New York 10017
(212) 545-4000

ATTORNEY OF RECORD:
    NOEL P. TRIPP, ESQ.

------------------------------------------------------------x

CUTBERTO ROMERO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                        Plaintiff,

- against -

J.P.G. LLC d/b/a PHILIP MARIE,
WESTWARD GALLERY & CAFÉ, INC.
      d/b/a BAMBOO 52,
PEACEFUL ENTERPRISES CORP.
      d/b/a 123 BURGER SHOT BEER,
MORNINGSIDE TERRACE CORP
      d/b/a K RICO,
and JOHN P. GRECO, III,

                        Defendants.

Case No. 15 CV 02880

McMahon, J.

------------------------------------------------------------x

TO:    C.K. LEE, ESQ.
        LEE LITIGATION GROUP, PLLC
        *ATTORNEYS FOR PLAINTIFF*
        30 East 39th Street, 2nd Floor
        New York, New York 10016
        (212) 465-1188

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendants sued herein as J.P.G. LLC d/b/a PHILIP MARIE, WESTWARD GALLERY & CAFÉ, INC. d/b/a BAMBOO 52, PEACEFUL ENTERPRISE CORP., d/b/a 123 BURGER SHOT BEER, and MORNINGSIDE TERRACE CORP., d/b/a K RICO by and through their undersigned counsel,

hereby certify that each is a privately-held corporation with no parents or publicly held corporations that own (10%) or more of its stock.

Dated: New York, New York
       June 24, 2015

                             Respectfully submitted,

                             JACKSON LEWIS P.C.
                             *ATTORNEYS FOR DEFENDANTS*
                             666 Third Avenue, 29th Fl.
                             New York, New York 10017
                             (212) 545-4000

                  By:     _____
                             NOEL P. TRIPP, ESQ.

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2015, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

C.K. LEE, ESQ.
LEE LITIGATION GROUP, PLLC
*ATTORNEYS FOR PLAINTIFF*
30 East 39th Street, 2nd Floor
New York, New York  10016

_____
NOEL P. TRIPP, ESQ.

4810-5216-2852, v. 1

3